UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS PENSION FUND,**
**and THOMAS FISHER,**

**WISCONSIN LABORERS DISTRICT COUNCIL,**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST**
**FUND,**
      **Plaintiffs,**

v.                                      **Case No. 09-CV-126**

**HUML CONTRACTORS, INC.,**

      **Defendant.**

---

### ENTRY OF DEFAULT OF DEFENDANT
### HUML CONTRACTORS, INC.

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Huml Contractors, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Huml Contractors, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 8th day of June, 2009.

                                                  *Peter Oppeneer*
                                                  Clerk of Court