UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and THOMAS FISHER,

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST
FUND,

      Plaintiffs,

v.                                                                                    Case No. 09-CV-126

HUML CONTRACTORS, INC.,

      Defendant.

---

### ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Huml Contractors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Huml Contractors, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as

amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $43,107.44.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Thomas Fisher, Wisconsin Laborers District Council and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against Defendant Huml Contractors, Inc. in the amount of $43,107.44 together with interest at the rate allowed by law.

Dated this 17th day of June, 2009.

BY THE COURT

Barbara B Crabb
U. S. District Court Judge