IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
THOMAS FISHER, WISCONSIN LABORERS
DISTRICT COUNCIL, and WISCONSIN
LABORERS-EMPLOYERS COOPERATION
AND EDUCATION TRUST FUND,

      Plaintiffs,

v.

HUML CONTRACTORS, INC.,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-126-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, Wisconsin Laborers-Employers Cooperation and Education Trust Fund and Thomas Fisher, against defendant Huml Contractors, Inc. in the amount of $43,107.44 together with interest at the rate allowed by law.

_____  
Peter Oppeneer, Clerk of Court

JUN 1 9 2009  
_____  
Date